JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant NARCONON FRESH START
D/B/A/ RAINBOW CANYON RETREAT*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LORI WINCHELL, A Nevada Citizen; RYAN WINCHELL, a Nevada Citizen; and JILLIENE WINCHELL, a Nevada Citizen,<br><br>Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL AND DOES 1-100, roe Corporations I-X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-00851-MMD-CWH<br><br>**DEFENDANT NARCONON FRESH START D/B/A RAINBOW CANYON RETREAT'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS PLAINITFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED AND FOR OTHER RELIEF AND REPLY IN SUPPORT OF ITS MOTION TO DISMISS** |

COMES NOW, Defendant NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT (hereinafter referred to as "FRESH START"), by and through its attorneys of record, Josh Cole Aicklen, Esq. and David B. Avakian, Esq. of LEWIS BRISBOIS BISGAARD &

/ / /

/ / /

4815-3267-9453.1

SMITH LLP, and hereby files this Notice of Withdrawal of its Motion to Dismiss for Failure to State a Claim Upon Which Relief May be Granted and for Other Relief, Document Number 12, filed on July 9, 2014 and its Reply in Support of its Motion to Dismiss, Document Number 15, filed on August 7, 2014.

DATED this 22nd day of August, 2014.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By    */s/ David B. Avakian*
JOSH COLE AICKLEN
Nevada Bar No. 007254
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant NARCONON FRESH START D/B/A/ RAINBOW CANYON RETREAT



**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 22nd day of August 2014, I did cause a true copy of the foregoing **DEFENDANT NARCONON FRESH START D/B/A RAINBOW CANYON RETREAT'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS PLAINITFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED AND FOR OTHER RELIEF AND REPLY IN SUPPORT OF ITS MOTION TO DISMISS** to be served via the CM/ECF electronic system to all parties on the service list.

By: /s/ Susan Kingsbury
An Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

4829-6789-0458.1            3