DAVID B. AVAKIAN
Nevada Bar No. 009502
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
David.Avakian@lewisbrisbois.com

Attorneys for Defendant sued as NARCONON
FRESH START d/b/a RAINBOW CANYON
RETREAT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORI WINCHELL, a Nevada Citizen; RYAN Winchell, a Nevada Citizen; and JILLENE WINCHELL, a Nevada Citizen<br><br>Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; and DOES 1-100, ROE Corporations I-X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-00851-MMD-CWH<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW, Defendant NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT (hereinafter referred to as "FRESH START"), by and through its attorneys of record,

/ / /

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP, and hereby demands a trial by jury in the above-named matter.

Dated this 30th day of October, 2014.

        Respectfully Submitted,

        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

        BY___/s/ *David B. Avakian*_____
        DAVID B. AVAKIAN
        Nevada Bar No. 009502
        6385 S. Rainbow Boulevard, Suite 600
        Las Vegas, Nevada 89118
        702.893.3383
        FAX: 702.893.3789
        David.Avakian@lewisbrisbois.com
        Attorneys for Defendant sued as
        NARCONON FRESH START
        d/b/a RAINBOW CANYON RETREAT

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 30th day of October, 2014, I did cause a true copy of the foregoing **DEMAND FOR JURY TRIAL** to be served via the CM/ECF electronic system to all parties on the service list.

By: ___/s/ Peggy Kurilla___
An Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP